Form 3A
(10/05)

# United States Bankruptcy Court

### District Of _____Illinois_____

In re _Tribble, Rosemary_.

Debtor

Case No. _07 B_____

Chapter _7_____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _299.00_ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    $ _74.75_____   Check one ☐ With the filing of the petition, or
                              ☐ On or before _____

    $ _74.75_____   on or before _12/5/07_____

    $ _74.75_____   on or before _1/5/08_____

    $ _74.75_____   on or before _2/5/08_____

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 0 5 2007

KENNETH S. GARDNER, CLERK
PS REP. · SJ

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____        _Rosemary A. Tribble_  _11/5/07_
Signature of Attorney        Date        Signature of Debtor        Date
                                        (In a joint case, both spouses must sign.)

_____
Name of Attorney

                                        _____
                                        Signature of Joint Debtor (if any)        Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

_____ District Of _____ Illinois ____

In re _Tribble, Rosemary_ ,                    Case No. _07B_ _____
                Debtor

                                              Chapter _7_ _____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one  ☐    With the filing of the petition, or
                                ☐    On or before _____

$ _____    on or before _____

$ _____    on or before _____

$ _____    on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _NOV 0 5 2007_____

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**
_____
Kenneth S. Gardner Clerk of the Court